UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHERITA LYNCH,

                              **Plaintiff,**           **ORDER**

                                                        **21-CV-5217 (WFK)**

     - against -

METROPOLITAN TRANSPORTATION
AUTHORITY, MTA BUS COMPANY, MTA
NEW YORK CITY TRANSIT,

                              **Defendants.**
-----------------------------------------------------------X

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summonses and complaint upon the defendants without prepayment of fees. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

The Clerk of Court is directed to send a copy of this Order to plaintiff.

     **SO ORDERED.**

Dated: September 21, 2021
       Brooklyn, New York

                               /s/ *Roanne L. Mann*
                                **ROANNE L. MANN**
                                **UNITED STATES MAGISTRATE JUDGE**