UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHERITA LYNCH,

                                                 Plaintiff,           **ORDER**

                                                                            21-CV-5217 (WFK)

   - against -

METROPOLITAN TRANSPORTATION
AUTHORITY, MTA BUS COMPANY, MTA
NEW YORK CITY TRANSIT,

                                                 Defendants.
-----------------------------------------------------------X

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      By Order dated September 21, 2021, this Court granted plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915, and directed the United States Marshals Service to serve the summonses and complaint upon the defendants without prepayment of fees. However, the Court cannot direct service without more information. Plaintiff must provide the service addresses for defendants within thirty days of this Order.

      The Clerk of Court is directed to send a copy of this Order to plaintiff.

      SO ORDERED.

Dated: September 22, 2021
       Brooklyn, New York

                                                             /s/ *Roanne L. Mann*
                                                       **ROANNE L. MANN**
                                                       **UNITED STATES MAGISTRATE JUDGE**