

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel  212.689.8808
Fax  212.689.5101
www.hnrklaw.com

mmanber@hnrklaw.com

February 17, 2023

**VIA ECF**

Hon. William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:     Lynch v. MTA, et al., No. 21-cv-5217 (WFK) (RLM)**

Dear Judge Kuntz:

We represent Defendants Metropolitan Transportation Authority, MTA Bus Company, and MTA New York City Transit in the above-captioned action.  We write, with the consent of Plaintiff Cherita Lynch, to request a 15-day extension of the deadline to file a reply brief in further support of Defendants' motion for summary judgment.  The current deadline is February 23, 2023, and we seek an extension until March 10, 2023.  This is the third request for an extension in connection with this motion's briefing schedule.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Miriam Manber

cc:     Plaintiff Cherita Lynch (*via email*)