UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHERITA LYNCH,                                          :
                                                        :
                        Plaintiff,                      :
                                                        :        **ORDER**
        v.                                              :        21-CV-5217 (WFK) (TAM)
                                                        :
METROPOLITAN TRANSPORTATION                             :
AUTHORITY, *et al.*,                                    :
                                                        :
                        Defendants.                     :
------------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

On March 10, 2023, Defendants filed a motion for summary judgment. ECF Nos. 34–35.

The Court SCHEDULES oral argument on this pending motion for Wednesday, July 16, 2025, at

1:00 P.M. The contested hearing will proceed before the Honorable Judge William F. Kuntz, II,

in Courtroom 6H North in the United States District Court for the Eastern District of New York, 225

Cadman Plaza East, Brooklyn, New York 11201.


                                        **SO ORDERED.**

                                        **s/ WFK**
                                        _____
                                        HON. WILLIAM F. KUNTZ, II
                                        UNITED STATES DISTRICT JUDGE

Dated: June 13, 2025
        Brooklyn, New York