UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHERITA LYNCH,                                          :
                                                       :
                    Plaintiff,                         :
                                                       :        **ORDER**
        v.                                             :        21-CV-5217 (WFK)
                                                       :
METROPOLITAN TRANSPORTATION                            :
AUTHORITY, *et al.*,                                   :
                                                       :
                    Defendants.                        :
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the oral argument held on Wednesday, July 16, 2025, at 1:00 P.M., the Court

DENIES Defendants' motion for summary judgment. The Clerk of Court is respectfully directed

to terminate the pending motion at ECF No. 34.

SO ORDERED

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2025
        Brooklyn, New York