July 28, 2025

*** Filed ***
08:33 PM, 28 Jul, 2025
U.S.D.C., Eastern District of New York

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Lynch v. MTA, et al., No. 21-cv-5217 (WFK) (TAM)

Dear Judge Merkl:

I am pro se litigant Cherita T. Lynch. I am in receipt of Your Honor's order, issued today, scheduling a telephonic Pre-Settlement Status Conference on August 13, 2025, at 3:30pm. I write respectfully and with the permission of Defendants' counsel Miriam Manber, to request a brief adjournment as I will be returning from vacation on that day and won't reach New York till 4:30 pm. Both Defendants' Counsel and I are available for a re-scheduled conference on August 14 as well as the 15th and the week of the 18th, or any day thereafter, which is convenient for the Court.

I thank the Court for its time and attention.

Respectfully Submitted,

Cherita T. Lynch (Pro Se)

Cc:     Defendant's Counsel Miriam Manber & Helene Hechtkopf