

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel  212.689.8808
Fax  212.689.5101
www.hnrklaw.com

mmanber@hnrklaw.com

February 17, 2026

**VIA ECF**

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Lynch v. MTA, et al., No. 21-cv-5217 (WFK) (TAM)**

Dear Judge Merkl:

We represent Defendants Metropolitan Transportation Authority, MTA Bus Company, and MTA New York City Transit in the above-captioned action. We write jointly with pro bono counsel for Plaintiff Cherita Lynch (appointed for purposes of mediation) in accordance with the Court's order of December 8, 2025, to advise of the status of the case.

The parties conducted a mediation on February 10, 2026, which did not result in a settlement. Plaintiff's counsel, who was appointed for purposes of mediation, has advised that she plans to file a notice of withdrawal.

We thank the Court for its time and attention.

Respectfully submitted,

Miriam Manber

cc:    All counsel of record (*via ECF and email*)