MEDIATION REPORT



*** Filed ***
06:54 PM, 27 Feb, 2026
U.S.D.C., Eastern District of New York

Our records indicate that you recently participated in a case referred to mediation authorized by EDNY Local Rule 83.8.   To evaluate the performance of our Mediators, we need to know the views of those who have participated in the mediation session.  This questionnaire asks about your experience in the case identified below.  Your responses are confidential and will not be known to the court, the mediator, or other parties and counsel.

Please answer all questions with reference to the following case only:

Lynch _____ v. Metropolitan Transportation Authority et al _____

Docket Number: 1:21-cv-05217-WFK-TAM

Type of case  442 Civil Rights: Jobs

Mediator  Noah Hanft

Mediation Session date (s)  November 7, 2025 & February 10, 2026

Name:  Cherita T. Lynch

Firm name: _____

Address:  122 N 5th Street, Apt C

Brooklyn, NY 11249

Telephone:  347-804-1536

I am Counsel for the:    Plaintiff  ☑    Defendant  ☐

1. Overall, how helpful or detrimental was the mediation in the resolution of this case?

   Please check one response.

   ☐ 1. Very helpful.

   ☐ 2. Somewhat helpful.

   ☐ 3. It had little impact on the case.

   ☐ 4. Somewhat detrimental.

   ☑ 5. Very detrimental.

2. Was your client present at the mediation session (s)?

   ☑ 1. Yes.

   ☐ 2. No.

3. Was a Mediation Statement submitted on behalf of your client prior to the first session?

   ☑ 1. Yes

   ☐ 2. No

4. Was a settlement worked out at the mediation session (s)?

   ☐ 1. Yes

   ☑ 2. No

5. Approximately how many hours did the mediation session (s) last?

   **5** hours

6. How do you rate the Mediator on each of the following points:

|  | Poor | Fair | Good | Very Good | Excellent |
|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 |
| Knowledge of the law | ☐ | ☐ | ☐ | ☐ | ☑ |
| Preparation | ☐ | ☐ | ☐ | ☐ | ☑ |
| Fairness and Impartiality | ☐ | ☐ | ☐ | ☐ | ☑ |
| Creative Problem Solver | ☐ | ☐ | ☐ | ☐ | ☑ |

Comments _Noah was a great mediator. The first mediator was horrible._

_____

7. Was the Mediator effective in getting the parties to engage in meaningful

   discussion of this case?

   ☑ yes

   ☐ no

   Explain _Noah was able to get the defendants to engage_

   _but only to an extent as the defendants weren't willing to mediate._

8. Check which of the following skills the Mediator possessed:

☑ (a)    ability to listen actively.

☑ (b)    ability to analyze problems, identify and separate the issues involved and frame these issues for solution or decision making.

☑ (c)    ability to use clear neutral language in speaking.

☑ (d)    sensitivity to strongly felt values of the participants, including gender, ethnic, and cultural differences.

☑ (e)    ability to deal with complex factual materials.

☑ (f)    presence and persistence.  Ability to create and maintain control of a diverse group of disputants.

☑ (g)    ability to earn trust and maintain acceptability.

☑ (h)    ability to screen out non-mediatable issues.

☑ (i)    ability to help parties to invent creative options.

☑ (j)    ability to help parties assess their non-settlement alternatives.

☑ (k)    ability to help the parties assess their own informed choices.


9.  Would you recommend this Mediator?

| Not at all | Reluctantly | Somewhat | Highly |
|:---:|:---:|:---:|:---:|
| 1 | 2 | 3 | 4 |
| ☐ | ☐ | ☐ | ☑ |


        Any comments or suggestions you may have about the mediator or the mediation program or its application to this case are welcome.  Thank You.

 Please return this questionnaire to:

Robyn Weinstein, ADR Administrator
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
nyed_adr@nyed.uscourts.gov
Phone: (718) 613-2578