1:21-cv-05217-WFK-TAM

Lynch v. Metropolitan Transportation Authority et al

March 16, 2026

Dear Magistrate Judge Merkl,

I respectfully write to request an extension of the deadline for the parties to submit the Joint Pretrial Order in the above-referenced matter. The current deadline is March 25, 2026. The parties respectfully request that the Court extend this deadline to May 1, 2026.

This additional time will allow the parties sufficient opportunity to finalize the materials required for the Joint Pretrial Order and ensure that all submissions are complete and accurate. Counsel for the Defendants has been consulted regarding this request and has consented to the requested extension.

The parties appreciate the Court's consideration of this request and remain prepared to comply with any scheduling directives the Court deems appropriate.

Respectfully submitted,

*Cherita T. Lynch*
Cherita T. Lynch

*** Filed ***
09:10 PM, 16 Mar, 2026
U.S.D.C., Eastern District of New York