

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

mmanber@hnrklaw.com

May 26, 2026

**VIA ECF**

Hon. William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    **Lynch v. MTA, et al., No. 21-cv-5217 (WFK) (TAM)**

Dear Judge Kuntz:

We represent Defendants Metropolitan Transportation Authority, MTA Bus Company, and MTA New York City Transit in the above-captioned action. We write jointly with pro se Plaintiff Cherita Lynch to request an extension of time to submit the materials required by Rule V.B of the Court's individual rules.

The Rule V.B materials are due either 15 days before trial, or if there is no trial date set, 30 days after the filing of the Joint Pre-Trial Order. There is currently no set trial date in this matter, and the Joint Pre-Trial Order was filed May 1, making the Rule V.B materials due June 1. The request is necessitated by scheduling issues on the part of the undersigned, as well as Plaintiff's travel schedule. The parties have conferred and respectfully request an extension until July 31, 2026. This is the first request for extension of this deadline.

We thank the Court for its time and attention.

Respectfully submitted,

Miriam Manber

cc:    All counsel of record (*via ECF*)
       Plaintiff Cherita Lynch (*via email*)