UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHERITA LYNCH,                                             :
                                                          :
                    Plaintiff,                            :
                                                          :
                                                          :
          v.                                              :      **SCHEDULING ORDER**
                                                          :      21-CV-5217 (WFK) (TAM)
METROPOLITAN TRANSPORTATION                               :
AUTHORITY, *et al.*,                                      :
                                                          :
                    Defendants.                           :
-----------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court SCHEDULES a status conference in the above-captioned action for Thursday,

September 17, 2026, at 12:00 Noon. The conference will proceed before the Honorable William

F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East,

Brooklyn, New York 11201.

**SO ORDERED.**

**s/WFK**

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated:    August 4, 2026
          Brooklyn, New York