*** Filed ***
01:53 PM, 09 Oct, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CHERITA T. LYNCH,**
Plaintiff,

v.

**METROPOLITAN TRANSPORTATION AUTHORITY ET AL,**
Defendants.

**Case No.** 1:21-cv-05217-WFK-TAM

## PLAINTIFF'S REQUEST FOR APPOINTMENT OR REFERRAL OF PRO BONO COUNSEL

Plaintiff Cherita T. Lynch, proceeding pro se, respectfully requests that the Court consider appointing counsel pursuant to 28 U.S.C. § 1915(e)(1), or referring this matter to the Court's Pro Bono Panel or other appropriate pro bono counsel resource, to assist Plaintiff in preparing for and presenting her case at trial.

This action involves complex employment-related claims arising under multiple federal, state, and local laws, including claims involving **USERRA, Title VII, the Americans with Disabilities Act, reasonable accommodation, pregnancy discrimination, retaliation, and the New York City Human Rights Law**. The case also involves substantial factual, documentary, and evidentiary issues.

Plaintiff has diligently prosecuted this matter while proceeding without counsel. However, as the case proceeds toward trial, Plaintiff respectfully submits that the complexity of the legal and evidentiary issues, the anticipated presentation of witnesses and documentary evidence, and the need to comply with the Federal Rules of Evidence and Federal Rules of Civil Procedure make legal representation particularly important at this stage.

Plaintiff has made efforts to obtain legal representation but has been unable to secure counsel willing and able to undertake representation through trial. Plaintiff therefore respectfully requests that the Court exercise its discretion to appoint counsel, if appropriate, or refer Plaintiff to the Court's Pro Bono Panel or another available resource for assistance in obtaining counsel.

Plaintiff further respectfully requests that any referral be made sufficiently in advance of trial to allow appointed or referred counsel adequate time to review the pleadings, discovery, motions, evidence, and procedural history of this matter and meaningfully assist Plaintiff.

### WHEREFORE, Plaintiff respectfully requests that the Court:

1. **Appoint counsel pursuant to 28 U.S.C. § 1915(e)(1), if appropriate;**

2. Alternatively, **refer Plaintiff to the Court's Pro Bono Panel or another appropriate pro bono legal resource for representation through trial;** and
3. Grant such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
October 9, 2026

Respectfully submitted,

**Cherita T. Lynch**
Plaintiff, Pro Se
122 N 5th Street, Apt C, Brooklyn, NY 11249
347-804-1536
cherita.lynch@gmsil.com