UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| CHERITA LYNCH,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **ORDER**<br>21-CV-5217 (WFK) (TAM) |

---------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of Plaintiff's Motion to Appoint Counsel or for Referral of Pro Bono Counsel at ECF No. 59. The Court respectfully REFERS this motion to Magistrate Judge Taryn A. Merkl to rule outright.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2026
Brooklyn, New York